Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5246FDB |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | STIPULATED MOTION TO |
| ) | CONTINUE TRIAL DATE AND |
| YOUNG HO CHANG, ) | PRETRIAL MOTIONS DATE |
| ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in the Affidavit of Colin Fieman in support of the parties' stipulated motion, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to August 22, 2005. The period of delay resulting from this continuance from June 6, 2005 to the new trial date of August 22, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

[AMENDED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Chang, CR 05-5246FDB) - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  IT IS FURTHER ORDERED that the pretrial motions due date be extended to
2  June 13, 2005.
3  DATED this 13th day of May, 2005

6  /s/ Franklin D Burgess
   FRANKLIN D. BURGESS
7  United States District Judge

8  Presented by:

11 s/ Colin Fieman *
   COLIN FIEMAN
12 Attorney for Defendant
   Young Ho Chang
13 *Telephonic Approval

15 s/ Michael Dion
   MICHAEL DION
16 Assistant United States Attorney

[AMENDED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Chang, CR 05-5246FDB) - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on May 10, 2005, I electronically filed the foregoing [Amended] Order Granting Stipulated Motion to Continue Trial Date and Pretrial Motions Date with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

        s/ Sharon D. Nelson
        SHARON D. NELSON
        Legal Assistant
        United States Attorney's Office
        1201 Pacific Avenue, Suite 700
        Tacoma, Washington 98402
        Telephone: (253) 428-3804
        Facsimile: (253) 428-3826
        E-mail: sharon.nelson@usdoj.gov

[AMENDED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Chang, CR 05-5246FDB) - 3

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970