Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG HO CHANG,<br><br>Defendant. | NO. CR 05-5246FDB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE |

Upon the stipulation of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in the stipulated motion of the parties, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued from August 22, 2005 to October 24, 2005. The period of delay resulting from this continuance from August 22, 2005 up to and including the new trial date of October 24, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Chang, CR 05-5246FDB) - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4305
(253) 428-3800

1  IT IS FURTHER ORDERED that the pretrial motions due date be extended to
2  September 6, 2005.
3  DATED this 10th day of <u>August</u>, 2005

      /s/ Franklin D Burgess
6  ────────────────────────────
   FRANKLIN D. BURGESS
7     United States District Judge

8  Presented by:
9

10
  s/ Colin Fieman*
11  COLIN FIEMAN
  Attorney for Defendant
12  Young Ho Chang
  *Telephonic Approval
13

14
  s/ Michael Dion
15  MICHAEL DION
  Assistant United States Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Chang, CR 05-5246FDB) - 2