# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.

**YOUNG HO CHANG,**

        **Defendant.**

**Case No.  CR05-5246FDB**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Special/Assistant United States Attorney, DOUGLAS HILL ;
The defendant appears personally and represented by counsel, COLIN FIEMAN;

The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the maximum potential sanction if the allegation(s) is/are substantiated; and the court finding probable cause with regard to the alleged violation(s);

The matter is scheduled for hearing  before the Honorable FRANKLIN D. BURGESS.

        Date:        **DECEMBER 18, 2007**

        Time:        **9:00 A.M.**

**(  ) Defendant is released pending the above scheduled hearing.**

**( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

        **December 7, 2007.**

        */s/ J. Kelley Arnold*
        **J. Kelley Arnold, U.S. Magistrate Judge**